FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2023 JAN 12 PM 12:27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:23-cr-4-MMH-MCR
18 U.S.C. § 1709

SARA BRADY

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

At some point unknown to the grand jury but no earlier than May 24, 2022, and no later than May 28, 2022, in St. Johns County, in the Middle District of Florida,

SARA BRADY,

who was an employee of the United States Postal Service, did knowingly embezzle an article and thing contained in a letter, package, and mail, which was entrusted to her and came into her possession intended to be conveyed by mail, and did knowingly steal, abstract, and remove from a letter, package, and mail an article and thing contained therein, that is, a gift card for Publix grocery stores in the amount of $200.

In violation of 18 U.S.C. § 1709.

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
DAVID B. MESROBIAN
Assistant United States Attorney

By: *(signature)*
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
12/28/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## SARA BRADY

## INDICTMENT

Violations:   Count 1:   18 U.S.C. § 1709

A true bill.



Foreperson

Filed in open court this 12th day

of January, 2023.

_____
Clerk

Bail   $_____

GPO 863 525